UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.          Case No. 07-cr-130-01/04-SM

<u>Corey Donovan, Micah Donovan,</u>
<u>Ian Burns and Jay Lawrence</u>

<u>O R D E R</u>

  Defendants Ian Burns and Micah Donovan's assented-to motions to continue the trial (document no. 37 and 38) are granted. Trial has been rescheduled for the October 2007 trial period. Defendants Burns and Micah Donovan shall file a Waiver of Speedy Trial Rights not later than June 29, 2007. On the filing of the waivers, their continuances shall be effective.

  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference:   September 28, 2007 at 4:30 PM

    Jury Selection:   October 10, 2007 at 9:30 AM

    SO ORDERED.

June 22, 2007

                                                        Steven J. McAuliffe
                                                        Chief Judge

cc:   Terry Ollila, Esq.
      Liam D. Scully, Esq.
      Mark Sisti, Esq.
      Paul Garrity, Esq.
      Sven Wiberg, Esq.
      U. S. Probation
      U. S. Marshal